UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEXON INSURANCE COMPANY, INC., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 4:21-CV-00990 |
| CHEVRON U.S.A. INC.; SOJITZ ENERGY VENTURE, INC.; BP AMERICA PRODUCTION COMPANY; ROGER D. LINDER; and GENERAL MILES BIGGS JR., | § § § § § § | |
| *Defendants.* | § | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff Lexon Insurance Company hereby appeals to the United States Court of Appeals for the Fifth Circuit from the partial final judgment entered by this Court in the above-captioned case on July 3, 2024 (ECF Dkt. No. 131), which is attached hereto as **Exhibit A**. Plaintiff appeals from each and every part of the partial final judgment, as well as the whole thereof.

Dated: August 1, 2024                            Respectfully submitted,

*s/ Adam J. Russ*
Adam J. Russ
Texas Bar No. 24109435
S.D. Tex. Bar No. 3299053
GORDON, ARATA, MONTGOMERY, BARNETT,
MCCOLLAM, DUPLANTIS & EAGAN, LLC
1001 Fannin Street, Suite 3850
Houston, Texas 77019
(713) 333-5573
aruss@gamb.com

Armistead M. Long
Texas Bar No. 24035576
S.D. Texas Bar No. 631204

GORDON, ARATA, MONTGOMERY, BARNETT,
MCCOLLAM, DUPLANTIS & EAGAN, LLC
1015 St. John Street
Lafayette, Louisiana 70501
(337) 237-0132
along@gamb.com

Dale A. Worrall
N.Y. Bar No. 2791309
(admitted *pro hac vice*)
Kyle D. Gooch
N.Y. Bar No. 4765533
(admitted *pro hac vice*)
HARRIS BEACH PLLC
99 Garnsey Road
Pittsford, New York 14534
(585) 419-8800
dworall@harrisbeach.com
kgooch@harrisbeach.com

Lee E. Woodard
N.Y. Bar No. 1845304
(admitted *pro hac vice*)
HARRIS BEACH PLLC
333 West Washington Street, Suite 200
Syracuse, New York 13202
(315) 423-7100
lwoodard@harrisbeach.com

*Counsel for Plaintiff Lexon Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 1, 2024, a true and accurate copy of the foregoing Notice of Appeal and Exhibit A to the Notice of Appeal were served upon all counsel of record via this Court's CM/ECF system:

*s/ Adam J. Russ*
Adam J. Russ
Counsel for Plaintiff Lexon Insurance Company

United States District Court
Southern District of Texas
**ENTERED**
July 03, 2024
Nathan Ochsner, Clerk

| EXHIBIT A |
|---|

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LEXON INSURANCE COMPANY, INC., § 
et al., §
§
   Plaintiffs, §
§
VS. § CIVIL ACTION NO. 4:21-CV-00990
§
CHEVRON U.S.A. INC., et al., §
§
   Defendants. §

## PARTIAL FINAL JUDGMENT

On March 25, 2024, the Court adopted in its entirety United States Magistrate Judge Peter Bray's Memorandum and Recommendation, thereby granting summary judgment in favor of Defendants Chevron U.S.A. Inc., Sojitz Energy Venture, Inc., and BP America Production Company (collectively, the "Corporate Defendants") on all of Plaintiff's claims against them. Doc. Nos. 121, 124. The Court has also granted Plaintiff's Unopposed Motion for Certification of Partial Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) and to Sever. Thus, having found no just reason for delay, the Court hereby renders PARTIAL FINAL JUDGMENT under Rule 54(b) on Plaintiff's claims against the Corporate Defendants. This judgment disposes of the claims against the Corporate Defendants in this multiple claim and party litigation.

It is so ORDERED.

_JUL 0 3 2024_
Date

_____
The Honorable Alfred H. Bennett
United States District Judge