# United States Court of Appeals for the Fifth Circuit

No. 24-20347

Lexon Insurance Company, Incorporated,

*Plaintiff—Appellant*,

*versus*

Chevron U.S.A. Incorporated; Sojitz Energy Venture, Incorporated; BP America Production Company,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-990

ORDER:

The order withholding issuance of the mandate in this appeal is VACATED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

No. 24-20347